SO ORDERED.

Dated: November 28, 2018

Daniel P. Collins, Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>SHERRY LEE ANNE RAYMOND,<br>Debtor. | Chapter 7<br>Case No: 2:17-bk-12195-DPC<br>**ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S COUNSEL** |

The Court having considered the Motion to Withdraw as Counsel filed by Debtor's current counsel Kenneth L. Neeley of Neeley Law Firm (the "Withdrawing Attorneys"), and for good cause appearing,

***IT IS ORDERED,***

A. Granting the Withdrawing Attorney's Motion to Withdraw as Counsel, effective as of the date of this order;

B. Subsequent pleadings and other filings in this matter shall be sent to the Debtor at:

Sherry Lee Anne Raymond
19212 N. 17th Ave
Phoenix, AZ 85027
Tel: (480) 797-5386

C. The Withdrawing Attorneys shall promptly give notice of this order to all interested parties pursuant to Local Rule 9010-1(c); and

D. The Clerk shall reflect the withdrawal on the docket.

**DATED AND SIGNED ABOVE**